WK:DB
F. #2023R00534

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* AUGUST 29, 2023 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>CHENG WEI HUANG and<br>RUSTAMBEK ZOKIROV,<br><br>                    Defendants. | I N D I C T M E N T<br><br>Cr. No. 23-CR-351<br>(T. 18, U.S.C., §§ 912, 981(a)(1)(C),<br>1201(a)(1), 2 and 3551 et seq.; T. 21,<br>U.S.C., § 853(p); T. 28, U.S.C.,<br>§ 2461(c))<br><br>Judge Kiyo A. Matsumoto<br>Magistrate Judge Vera M. Scanlon |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

COUNT ONE
(Kidnapping)

1. On or about July 16, 2023, within the Eastern District of New York and elsewhere, the defendants CHENG WEI HUANG and RUSTAMBEK ZOKIROV, together with others, did knowingly and intentionally seize, confine, inveigle, kidnap, abduct and carry away and hold, for ransom and reward and otherwise, two persons, to wit: John Doe and Jane Doe, individuals whose identities are known to the Grand Jury, and use one or more means, facilities and instrumentalities of interstate and foreign commerce, to wit: cellular telephones and the internet, in committing and in furtherance of the commission of the offense.

(Title 18, United States Code, Sections 1201(a)(1), 2 and 3551 et seq.)

COUNT TWO
(False Personation of a Federal Officer)

2. On or about July 16, 2023, within the Eastern District of New York and elsewhere, the defendants CHENG WEI HUANG and RUSTAMBEK ZOKIROV, together with

others, each did knowingly and intentionally falsely assume and pretend to be officers and employees acting under the authority of the United States and a department, agency and officer thereof, to wit: Agents of the Federal Bureau of Investigation, and acted as such, and in such pretended character demanded and obtained money, paper, documents and things of value, to wit: personal property from John Doe and Jane Doe, including, but not limited to, a cellular telephone and a Mercedes-Benz automobile.

(Title 18, United States Code, Sections 912, 2 and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNT ONE

3. The United States hereby gives notice to the defendants that, upon their conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of such offense, including, but not limited, to a Mercedes-Benz Gt50 seized on or about July 20, 2023, in New York, New York.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_/s/ Mary Beth Glickman_
/FOREPERSON

_By /s/ T. Kristin Yan, AUSA_
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00534
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

CHENG WEI HUANG
and RUSTAMBEK ZOKIROV,

Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 912, 981(a)(1)(C), 1201(a)(1), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

*A true bill.*

_____*Mary Beth Hickman*_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

_____

*David Berman, Assistant U.S. Attorney (718) 254-6167*